IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR136 |
| | ) | |
| v. | ) | |
| | ) | |
| NERY SANTOS-RAMIREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion for release of bond (Filing No. 35). The Court notes plaintiff has no objection thereto. Accordingly,

IT IS ORDERED:

1) The bond in the amount of $35,000 is deemed exonerated and shall be paid to defendant's counsel, Ernest H. Addison, Jr., pursuant to the Special Power of Attorney attached to said motion;

2) The proceeds of said bond shall be used to pay the $100 special assessment due and owing in this matter;

3) Defendant's counsel shall retain $1,000 due and payable to him for attorney's fees;

4) The remainder of said $35,000 shall be distributed as provided in the Special Power of Attorney.

DATED this 19th day of April, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court