IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         8:04CR136
                               )
     v.                        )
                               )
NERY SANTOS-RAMIREZ,           )         ORDER
                               )
              Defendant.       )
_____)
```

IT IS ORDERED that a hearing on plaintiff's Rule 35 motion (Filing No. 38) is rescheduled for:

**Monday, July 17, 2006, at 8:45 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Defendant need not be present.

DATED this 7th day of July, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court