IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR136 |
| | ) | |
| v. | ) | |
| | ) | |
| NERY SANTOS-RAMIREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

On July 17, 2006, the defendant appeared through counsel on a motion for reduction of sentence (Filing No. 38) filed by the plaintiff, pursuant to Rule 35 of the Federal Rules of Criminal Procedure. After considering the comments of the parties, and after evaluating the assistance provided by the defendant, the Court finds that the government's motion for reduction of sentence by seventy-five per cent (75%) should be granted. Accordingly,

IT IS ORDERED:

1) The government's motion for reduction of sentence is granted.

2) Defendant is sentenced to time served.

3) All other terms and conditions of the Judgment and Committal Order dated April 19, 2005 (Filing No. 33) remain in full force and effect.

4) That the transcript of the Rule 35 hearing of July 17, 2006, be sealed.

DATED this 17th day of July, 2006.

BY THE COURT:

/s/ Lyle E. Strom

———————————————
LYLE E. STROM, Senior Judge
United States District Court

-2-

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of July, 2006.

                                                                               Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 2006, to _____, with a certified copy of this judgment.

                                                                UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 2006.

                                                                UNITED STATES WARDEN

By: _____